Cook Mowery Law Group  THE HONORABLE JUDGE KAREN A. OVERSTREET
Clayton Cook-Mowery #41110
11900 NE 1st Street, Suite 300
Bellevue WA 98005
T: (425) 478.6673

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: | |
| JAYNA COLE | ADVERSARY COMPLAINT SEEKING LIEN AVOIDANCE OF WHOLLY UNSECURED LIEN |
| Debtor, | |
| JAYNA COLE | |
| Plaintiff, | |
| vs. | CASE NO. 14-18396 |
| SPRINGLEAF FINANCIAL SERVICES | Adversary No.:_____ |
| Defendant | |

## ADVERSARY COMPLAINT SEEKING
## LIEN AVOIDANCE OF WHOLLY UNSECURED LIEN

NOW COMES, The Plaintiff, Jayna Cole, by and through her attorney Clayton Cook-Mowery, and for the purpose of this complaint alleges the following:

1. This adversary proceeding arises out of Plaintiff's Chapter 13 case now pending before this Court. This Court has jurisdiction to consider the matters herein pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C § 506 and 1322. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (B), (K), and (O).

**ADVERSARY COMPLAINT SEEKING LIEN AVOIDANCE OF WHOLLY UNSECURED LIEN - 1 of 3**

COOK MOWERY LAW GROUP
11900 NE 1st Street Suite 300
Bellevue WA 98005
T: (425) 478-6673

Case 15-01084-MLB    Doc 1    Filed 03/23/15    Ent. 03/23/15 19:58:19    Pg. 1 of 3

2. Plaintiff is a natural persons living in Snoqualmie, King County, Washington.

3. Defendant Springleaf Financial Services (hereinafter "Springleaf") is a company licensed to do business in Washington.

4. Plaintiff is the owner of a parcel of real estate located in Arlington, Snohomish County, Washington commonly described as 10709 124th St NE, Arlington WA 98223.

5. Prior to the filing of this bankruptcy case, Plaintiff allegedly executed a second lien in favor of Springleaf, evidencing a loan and recorded in the Snohomish County, Washington real estate records.

6. On the date of filing of Plaintiff's Chapter 13 Petition, November 18, 2014 Plaintiff was allegedly indebted to Springleaf, or successors and/or assigns under such instrument in the approximate sum of $$5,288.65 for the second lien. See Claim 3-1.

7. On the date of filing of Plaintiff's Chapter 13 Petition, the value of Plaintiffs' real property described above was $132,300. See Schedule A. On that date, the debt owing to the senior lienholder was approximately $168,043.29. See Schedule D. Total senior liens to Defendant's totaled at least $168,043.29.

8. No equity in Plaintiff's real property exists to which Defendant's lien can attach. Therefore, pursuant 11 U.S.C. §§ 506 and 1322, and in re Zimmer, 313 F.3d 1220 (9th Cir. 2002), Plaintiff is entitled to "strip off" the lien held by Defendant so that such lien becomes voided and no longer remains a lien against Plaintiff's real property.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for a judgment and order voiding the Defendant's deed of trust, adjudging that the note is no longer secured by the deed of trust against the above-described real property unless this Chapter 13 case is later dismissed prior to discharge, and for such other and further relief as this Court might deem just and equitable.

**ADVERSARY COMPLAINT SEEKING LIEN AVOIDANCE OF WHOLLY UNSECURED LIEN - 2 of 3**

COOK MOWERY LAW GROUP
11900 NE 1st Street Suite 300
Bellevue WA 98005
T: (425) 478-6673

1 | Respectfully submitted this 23rd day of March, 2015.

                                        /s/ Clayton Cook-Mowery

                                        Clayton Cook-Mowery, WSBA #41110

                                        Attorney for Plaintiff/Debtor

**ADVERSARY COMPLAINT SEEKING LIEN AVOIDANCE OF WHOLLY UNSECURED LIEN - 3 of 3**

COOK MOWERY LAW GROUP
11900 NE 1st Street Suite 300
Bellevue WA 98005
T: (425) 478-6673

Case 15-01084-MLB    Doc 1    Filed 03/23/15    Ent. 03/23/15 19:58:19    Pg. 3 of 3